# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0687

VERSUS

RANELL BRUMFIELD

**OCTOBER 7, 2024**

---

In Re:      Ranell Brumfield, applying for supervisory writs, 22nd
            Judicial District Court, Parish of Washington, Nos. 20-
            CR5-14388, 21-CR5-146677, 22-CR5-148986.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DENIED.** The Clerk of Court of Washington Parish has no
record of receiving a "Motion and Order for Boykin and Sentencing
Transcript," allegedly filed on or about March 10, 2024. A "Motion
and Order for Boykin and Sentencing Transcript" must be filed in
the district court prior to filing an application for supervisory
writs.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT